UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER BODE,

    Plaintiff,

v.                                                                      Case No: 8:19-cv-2222-T-30CPT

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Christopher P. Tuite (Dkt. 18). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is REVERSED AND REMANDED.

3. The Clerk is directed to enter judgment in favor of the Plaintiff.

4. The Court will retain jurisdiction on the matter of attorney's fees and costs pending further motion.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of August, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies Furnished To</u>**:
Counsel/Parties of Record